U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 3 0 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**LORENE CHARLES, as personal representative of the estate of NANCY LORENE GEARY, deceased** — **PLAINTIFF**

**VS.** — **CASE NO.** 10-5235

**JOHN M. BURNETT** — **DEFENDANT**

## COMPLAINT

Plaintiff, for her complaint, states:

1. Plaintiff is a citizen and resident of California.

2. Defendant is a citizen and resident of Arkansas.

3. The amount in controversy, exclusive of interest and cost, exceeds $75,000.

4. Defendant is an attorney licensed to practice law in Arkansas. He resides in the Western District of Arkansas and practices law there.

5. Plaintiff is the duly appointed personal representative of the estate of Nancy Lorene Geary, deceased.

6. Nancy Lorene Geary retained defendant to represent her in a personal injury and medical malpractice case in September, 2008.

7. Defendant settled the case on or about September 25, 2009.

8. Defendant has, despite demand, failed and refused to remit the proceeds of the settlement to Nancy Lorene Geary before her death and to plaintiff since her death. The amount of settlement proceeds due plaintiff exceeds $75,000.

## COUNT I - BREACH OF CONTRACT

9. Defendant's contract with the decedent required that he disburse the proceeds due

the decedent from any settlement to her. That provision of the contract also requires that defendant disburse the proceeds of the settlement to plaintiff.

10. Defendant breached the contract between the parties by failing and refusing to disburse the proceeds of the settlement to the decedent or to the plaintiff.

11. The proceeds of the settlement due plaintiff greatly exceeds $75,000. Plaintiff is also entitled to interest and attorneys fees.

**COUNT II - NEGLIGENCE**

12. Defendant was and is negligent and has failed to meet the standard of care required of lawyers in failing to remit the proceeds of the settlement to the decedent or to the plaintiff.

13. Plaintiff has sustained damages in excess of $75,000 as a proximate result of defendant's negligence.

**COUNT III - CONVERSION**

14. Defendant has converted and/or embezzled money belonging to the plaintiff by failing and refusing to remit the proceeds of the settlement to the plaintiff.

15. Defendant has sustained damages in excess of $75,000 as a proximate result of defendant's conversion and/or embezzlement.

16. Defendant acted willfully and intentionally with knowledge that his willful and intentional actions would cause harm to the decedent and to the plaintiff. Punitive damages should be imposed upon defendant to punish him and to deter similar conduct by others in an amount to be determined by the jury.

17. Plaintiff demands a trial by jury.

Wherefore, plaintiffs prays judgment against defendant in an amount in excess of $75,000

in compensatory damages, for punitive damages in an amount to be determined by the jury, for interest, cost, attorney's fees and all other proper relief.

Respectfully submitted,

Timothy O. Dudley, #82055
114 South Pulaski Street
Little Rock, AR 72201
(501) 372-0080

BY: ______________________